# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SIMPSON | CIVIL ACTION |
| VERSUS | |
| | 19-225-SDD-RLB |
| ROWE, ET AL. | |

## RULING

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated December 30, 2020, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's herein.

**ACCORDINGLY**, the Plaintiff's claims are hereby dismissed, without prejudice, for failure of the plaintiff to serve the Defendants as required by Federal Rule of Civil Procedure 4(m).

Signed in Baton Rouge, Louisiana on January 27, 2021.

*Shelly D. Dick*
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 20.